973 A.2d 409

**William M. COOK, Respondent**

v.

**Stephen W. NIZIO, Petitioner.**

**No. 41 MM 2009.**

Supreme Court of Pennsylvania.

May 27, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**